**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Exebridge, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **fka LeTigre Solutions, Inc.** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7  6  –  0  5  5  0  7  9  5 |

4. **Debtor's address**

**Principal place of business**

**201 W. 5th Street**
Number     Street
**Suite 1100**

**Austin**          **TX**    **78701**
City          State    ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State    ZIP Code

5. **Debtor's website (URL)**     **www.exebridge.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Exebridge, Inc.**                                                    Case number (if known) _____

**7.  Describe debtor's business**

**A.  Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B.  Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.**  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

_4_  _2_  _3_  _4_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____ Case number _____
                                              MM / DD / YYYY
           District _____  When _____ Case number _____
                                              MM / DD / YYYY
           District _____  When _____ Case number _____
                                              MM / DD / YYYY

Debtor  **Exebridge, Inc.**                                                          Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | List all cases.  If more than 1, attach a separate list. | District _____  When _____<br>MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____  Relationship _____ |
| | | District _____  When _____<br>MM / DD / YYYY |
| | | Case number, if known _____ |

**11.  Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**       *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number        Street

_____

_____  _____  _____
City                        State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■  **Statistical and adminstrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Exebridge, Inc.**                                    Case number (if known) _____

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## ▉ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/21/2019**
        MM / DD / YYYY

**X** **/s/ Michael Hieber**                          **Michael Hieber**
    Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Cleveland R. Burke**                     Date **08/21/2019**
    Signature of attorney for debtor                 MM / DD / YYYY

**Cleveland R. Burke**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**100 Congress Avenue, 18th Floor**
Number      Street

_____

**Austin**                          **TX**      **78701**
City                                State    ZIP Code

**(512) 685-6400**                  **cleveland.burke@wallerlaw.com**
Contact phone                       Email address

**24064975**                        **TX**
Bar number                          State

**Fill in this information to identify the case**

Debtor name **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand**                                                                          _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Comerica Bank Account XXXXXX4728** | **Checking account** | **4 7 2 8** | $1,270.00 |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,270.00 |
|---|

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor  **Exebridge, Inc.**                                    Case number (if known) _____
_____
Name

|  | Current value of debtor's interest |
|---|---|

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**7.1.**  **Security deposit with Industrious AUS 201 W 5th, LLC**                    $2,914.12

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                         | $2,914.12 |

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.**  **Accounts receivable**

**11a.**  90 days old or less:    **$173,077.77** – **$0.00** = ...............➔    $173,077.77
face amount        doubtful or uncollectible accounts

**11b.**  Over 90 days old:    **$19,802.23** – **$19,802.23** = ...............➔    $0.00
face amount        doubtful or uncollectible accounts

**12.**  **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | $173,077.77 |

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.**  **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                        | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor    **Exebridge, Inc.**                 Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.

                                                      **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

                                                      **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  **Exebridge, Inc.**
_____  Case number (if known)  _____
Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

**Three (3) computer monitors**
**One (1) printer** | | Comparable Sales | $400.00

**QuickBooks** | | | Unknown

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$400.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑  No
☐  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐  No
☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐  No
☐  Yes

Debtor  **Exebridge, Inc.** _____  Case number (if known) _____
     Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1. **201 W. 5th Street Suite 1100 Austin, Texas 78701 201 W. 5th Street Shared workspace** | **Lease** | | | **$0.00** |
| 55.2. **Ashford Atrium 14825 St. Mary's Lane, Suite 204 Houston, Texas 77079 Office lease from Mission Equities GP, LLC** | **Lease** | | | **$0.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
                                **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **Website - www.exebridge.com** | | | **Unknown** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Customer List** | | | **Unknown** |
| **64. Other intangibles, or intellectual property** | | | |

Debtor     **Exebridge, Inc.**                                      Case number (if known) _____
          Name

**65.** **Goodwill**

**66.** **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

                                                          **Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | |
|---|---|
| | **$0.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Exebridge, Inc.** _____    Case number (if known) _____
       Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $1,270.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $2,914.12 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $173,077.77 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $400.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_..................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $177,661.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92......................................................... | | **$177,661.89** |

**Fill in this information to identify the case:**

Debtor name **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>**Sync Financial, LLC** | Describe debtor's property that is<br>subject to a lien<br>**All personal property** | $478,001.20 | $174,747.77 |

Creditor's mailing address
**6519 Tremolite Drive**

**Castlerock          CO    80108**

Creditor's email address, if known
**jschmitt@syncfinancial.com**

Date debt was incurred      **01/28/2016**

Last 4 digits of account
number      ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

Describe the lien
**Credit Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**        $478,001.20

| Debtor | **Exebridge, Inc.** | Case number (if known) |
|--------|---------------------|------------------------|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| **Clark Hill Strasburger** | Line  **2.1** | ___ ___ ___ ___ |
| **Attn: Robert O'Boyle** | | |
| **720 Brazos Street, Suite 700** | | |
| | | |
| **Austin**            **TX**    **78701** | | |

---

**Fill in this information to identify the case:**

Debtor     **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐  No.  Go to Part 2.
    ☑  Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

**Emilio Caamano**

**3104 Wedgescale Pass**

_____

**Leander**       **TX**    **78641**

Date or dates debt was incurred

**03/04/19**

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Expense reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$2,413.40**     Priority amount **$0.00**

**2.2**  Priority creditor's name and mailing address

**Sally Ratcliff**

**1614 Earl of Dunmore**

_____

**Katy**       **TX**    **77449**

Date or dates debt was incurred

**7/31/2019**

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$6,850.89**     Priority amount **$6,850.89**

---

Debtor   **Exebridge, Inc.**                                             Case number (if known) _____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243,679.71 |

**Arrow Enterprise Computing Solutions Inc**

**9201 E Dry Creek Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

| Centennial | **CO** | **80112** |

Date or dates debt was incurred    **7/1/18**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,282.16 |

**AVT Technology Solutions LLC**

**8700 S. Price Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

| Tempe | **AZ** | **85284** |

Date or dates debt was incurred    **01/28/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,583.88 |

**Barracuda Networks, Inc.**

**Dept. LA 22762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

| Pasadena | **CA** | **91185-2762** |

Date or dates debt was incurred    **03/19/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8   6   8   5**

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.50 |

**CenturyLink Communications**

**100 CenturyLink Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

| Monroe | **LA** | **71203** |

Date or dates debt was incurred    **05/01/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2   6   8   0**

---

Debtor     **Exebridge, Inc.**                                          Case number (if known) _____

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,236.70 |

**ConnectWise**                                          Check all that apply.
**4110 George Rd., Suite 200**                           ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         Basis for the claim:
**Tampa**                      **FL    33634**           **Services**

Date or dates debt was incurred     **04/19/19**        Is the claim subject to offset?

Last 4 digits of account number     **3   6   3   4**   ☑ No
                                                         ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,000.00 |

**Cory Jones**                                           Check all that apply.
**3700 Buffalo Speedway, #420**                          ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         Basis for the claim:
**Houston**                    **TX    77098**           **Settlement agreement**

Date or dates debt was incurred     **05/01/19**        Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __         ☑ No
                                                         ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,116.40 |

**Craddock Massey, LLP**                                 Check all that apply.
**1250 Capital of Texas Hwy. S.**                        ☐ Contingent
**Bldg. 1, Suite 420**                                   ☐ Unliquidated
                                                         ☐ Disputed

                                                         Basis for the claim:
**Austin**                     **TX    78746**           **Legal Fees**

Date or dates debt was incurred     **04/24/19**        Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __         ☑ No
                                                         ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,850.00 |

**CyberDX**                                              Check all that apply.
**991 Discovery Drive**                                  ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         Basis for the claim:
**Huntsville**                 **AL    35806-2811**      **Services**

Date or dates debt was incurred     **06/17/19**        Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __         ☑ No
                                                         ☐ Yes

| Debtor | **Exebridge, Inc.** | Case number (if known) |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |

**Dominic Romaguera**

**17826 Green Elm Lane**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

| **Spring** | **TX** | **77379** |

| Date or dates debt was incurred | **12/13/18** |

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $370,273.97 |

**EK Lindberg, LLC**

**777 E. Sonterra Blvd. #100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

| **San Antonio** | **TX** | **78258** |

| Date or dates debt was incurred | **3/30/17, 4/26/17** |

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $249,452.05 |

**Eric Long**

**360 Nueces St. #4211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

| **Austin** | **TX** | **78701** |

| Date or dates debt was incurred | **2/27/17, 3/2/17** |

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,823.42 |

**Focus On IT Solutions, Inc.**

**1425 Scarlet Oak Loop**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

| **Winter Garden** | **FL** | **34787** |

| Date or dates debt was incurred | **05/21/19** |

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor  **Exebridge, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $65,834.52 |

**Ginger Holdings, LLC**

**360 Nueces St. #4211**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Loan**

**Austin**                    **TX    78701**

**Date or dates debt was incurred     11/17/17**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     __ __ __ __**

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,120,866.27 |

**Hans Lindberg**

**777 E. Sonterra Blvd., Suite 100**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Loan**

**San Antonio**               **TX    78258**

**Date or dates debt was incurred     6/15/17-1/7/19**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     __ __ __ __**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $45,768.12 |

**Inventive Works, LLC**

**7701 N. Lamar Blvd., Suite 500**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

**Austin**                    **TX    78752**

**Date or dates debt was incurred     05/14/19**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     __ __ __ __**

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,386.64 |

**Johnston Technical Services**

**5310 S. Cockrell Hill Road**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

**Dallas**                    **TX    75236**

**Date or dates debt was incurred     07/08/19**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     __ __ __ __**

Debtor    **Exebridge, Inc.**                                        Case number (if known) _____

| **Part 2:** | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,362.50 |

**Karla Zuniga**

**3104 Wedgescale Pass**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Leander**          **TX**    **78641**

**Basis for the claim:**
**Services**

Date or dates debt was incurred    **05/07/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155,383.01 |

**KCR Paul Family Partnership**

**9508 Jollyville Rd.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**          **TX**    **78759**

**Basis for the claim:**
**Loan**

Date or dates debt was incurred    **5/22/17, 11/17/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $157,574.79 |

**Kyle Gauthreaux**

**703 Split Rail Trail**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**          **TX**    **78746**

**Basis for the claim:**
**Loan**

Date or dates debt was incurred    **03/03/17, 11/17/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,025.00 |

**McCullough Sudan**

**1001 McKinney St., Suite 140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**    **77002**

**Basis for the claim:**
**Legal Fees**

Date or dates debt was incurred    **03/07/16**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Exebridge, Inc.**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155,465.21** |

As of the petition filing date, the claim is:
*Check all that apply.*

**MER Paul Family Partnership**

**9508 Jollyville Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Austin**                    **TX    78759**      **Loan**

Date or dates debt was incurred      **05/19/17, 11/17/17**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Amount of claim: $155,465.21**

---

| 3.22 | Nonpriority creditor's name and mailing address | **$356,658.10** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Mission Equities GP, LLC**

**14825 St. Mary's Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**                  **TX    77079**      **Lease**

Date or dates debt was incurred      **01/28/2016**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | **$2,295.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Parsec Group**

**999 18th St., Suite 1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Denver**                   **CO    80202**      **Services**

Date or dates debt was incurred      **06/01/19**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | **$542.58** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Principal Life Insurance Company**

**P.O. Box 10372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Des Moines**               **IA    50306-0372**   **Insurance premiums**

Date or dates debt was incurred      **07/18/19**

Is the claim subject to offset?

Last 4 digits of account number    **0    0    0    1**

☑ No
☐ Yes

Debtor    **Exebridge, Inc.**                                         Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,502.00 |

**Quest Software Inc.**

**4 Polaris Way**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

**Aliso Viejo**          **CA    92656**

Date or dates debt was incurred    **03/28/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $146,045.36 |

**Scansource**

**P.O. Box 730987**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

**Dallas**          **TX    75376-0987**

Date or dates debt was incurred    **05/21/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2   4   0   4**

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,733.00 |

**Traversa**

**7324 Gaston Ave.**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Dallas**          **TX    75373-1209**

Date or dates debt was incurred    **03/04/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,000.00 |

**Wireless Training & Solutions, LLC.**

**7800 Miller Dr., Unit B**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Frederick**          **CO    80504**

Date or dates debt was incurred    **06/14/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor __**Exebridge, Inc.**_____  Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
   listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Capital Recovery Advisors** <br> **Attn: Walter Hanson** <br> **2400 Augusta Dr., Ste. 212** <br><br> **Houston**     **TX**    **77057** | Line   **3.22** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2**   **Receivables Control Corporation** <br> **Attn: Tech Data Corporation** <br> **7373 Kirkwood Court, Suite 200** <br><br> **Maple Grove**     **MN**    **55369** | Line   **3.2** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**   **Tech Data** <br> **P.O. Box 731209** <br><br><br> **Dallas**     **TX**    **75376-1209** | Line   **3.2** <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Exebridge, Inc.**                                        Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.   **Total claims from Part 1**                                  5a.  _____ **$9,264.29**

5b.   **Total claims from Part 2**                                  5b. **+** _____ **$4,498,290.89**

5c.   **Total of Parts 1 and 2**                                    5c.  _____ **$4,507,555.18**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter  **7**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Computing Services** |
| | | **Amazon Web Services, Inc.** |
| | | **P.O. Box 81226** |
| | State the term remaining | **Month-to-month** |
| | List the contract number of any government contract | |
| | | **Seattle**  **WA**  **98108-1226** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Computing Services** |
| | | **CENTURYLINK** |
| | | **P.O. BOX 29040** |
| | State the term remaining | **Month-to-month** |
| | List the contract number of any government contract | |
| | | **PHOENIX**  **AZ**  **85038** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Business Management SaaS** |
| | | **ConnectWise** |
| | | **4110 George Rd., Suite 200** |
| | State the term remaining | **Month-to-month** |
| | List the contract number of any government contract | |
| | | **Tampa**  **FL**  **33634** |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Data Storage** |
| | | **Dropbox** |
| | | **333 Brannan St.** |
| | State the term remaining | **Month-to-month** |
| | List the contract number of any government contract | |
| | | **San Francisco**  **CA**  **94107** |

Debtor    **Exebridge, Inc.**_____    Case number (if known) _____

<table>
<tr><td>■</td><td colspan="2">**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Workshare office lease** | **Industrious AUS 201 W 5th, LLC** |
|-----|---------|--------|--------|
| | | | **201 W. 5th Street** |
| | | | **11th Floor** |
| | State the term remaining | **2 months notice** | |
| | List the contract number of any government contract | | **Austin**      **TX**     **78701** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Telecom Services** | **IntelePeer Communications** |
| | | | **155 Bovet Rd** |
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | **San Mateo**     **CA**     **94402** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Software Services** | **Microsoft Office 365** |
| | | | **One Microsoft Way** |
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | **Redmond**     **WA**     **98052** |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease at Ashford Atrium Contract is in DEFAULT** | **Mission Equities GP, LLC** |
| | | | **14825 St. Mary's Lane** |
| | State the term remaining | **Approx. 1 year** | |
| | List the contract number of any government contract | | **Houston**     **TX**     **77079** |

**Fill in this information to identify the case:**

Debtor name    **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Kimberly Hieber** | **2004 East Side Drive**<br>Number   Street<br><br>**Austin**    **TX**   **78704**<br>City      State   ZIP Code | **Sync Financial, LLC** | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 **Michael Hieber** | **2004 East Side Drive**<br>Number   Street<br><br>**Austin**    **TX**   **78704**<br>City      State   ZIP Code | **Sync Financial, LLC** | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................

| | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................

| | $177,661.89 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...................................................................................

| | $177,661.89 |

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

| | $478,001.20 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................

| | $9,264.29 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................

| + | $4,498,290.89 |

4. **Total liabilities**
   Lines 2 + 3a + 3b..........................................................................................

| | $4,985,556.38 |

**Fill in this information to identify the case and this filing:**

Debtor Name     **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/21/2019**     X **/s/ Michael Hieber**
       MM / DD / YYYY      Signature of individual signing on behalf of debtor

                                   **Michael Hieber**
                                     Printed name
                                     **President**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Exebridge, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,314,059.21** |
| **For prior year:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$8,018,968.87** |
| **For the year before that:** | From **01/01/2017**<br>MM / DD / YYYY | to | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$8,140,060.01** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Angel & Rose Rodriguez**<br>Creditor's name<br>**19A Laguna St., BRGY Ramon**<br>Street<br>**Magsaysay, BAGO BANTAY**<br><br>**Quezon City**    **MM**    **PHIL**<br>City     State     ZIP Code | **6/7/19,**<br>**7/2/19,**<br>**7/31/19** | **$13,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor **Exebridge, Inc.**
_____  Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Amazon Web Services**<br>Creditor's name<br>**P.O. Box 81226**<br>Street<br><br>**Seattle**　　　**WA**　**98108-1226**<br>City　　State　ZIP Code | 6/27/19,<br>8/1/19 | $12,323.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. **Carahsoft**<br>Creditor's name<br>**11493 Sunset Hills Rd.**<br>Street<br><br>**Rendon**　　　**VA**　**20190**<br>City　　State　ZIP Code | 7/2/19 | $10,131.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. **Focus On IT Solutions, Inc.**<br>Creditor's name<br>**1425 Scarlet Oak Loop**<br>Street<br><br>**Winter Garden**　**FL**　**34787**<br>City　　State　ZIP Code | 6/1/19,<br>6/28/19,<br>7/16/19 | $38,031.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. **Industrious AUS 201 W 5th, LLC**<br>Creditor's name<br>**201 W. 5th Street**<br>Street<br>**11th Floor**<br>**Austin**　　　**TX**　**78701**<br>City　　State　ZIP Code | 6/19/19,<br>7/11/19,<br>8/1/19 | $7,779.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.6. **Ingram Micro**<br>Creditor's name<br>**1759 Wehrle Dr.**<br>Street<br><br>**Williamsville**　**NY**　**14221**<br>City　　State　ZIP Code | 6/27/19,<br>6/28/19,<br>7/8/19,<br>7/16/19 | $84,135.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.7. **Inventive Works, LLC**<br>Creditor's name<br>**7701 N. Lamar Blvd., Suite 500**<br>Street<br><br>**Austin**　　　**TX**　**78752**<br>City　　State　ZIP Code | 5/29/19-<br>7/30/19 | $108,413.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.8. **Pax8**<br>Creditor's name<br>**6400 S. Fiddlers Green Circle**<br>Street<br>**Suite 1500**<br>**Greenwood Village**　**CO**　**80111**<br>City　　State　ZIP Code | 6/18/19,<br>7/17/19 | $6,947.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **Exebridge, Inc.**                                        Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

3.9.  **Pyan**
      Creditor's name
      **12623 Vindon Drive**
      Street

      **Houston**          **TX**    **77024**
      City                 State    ZIP Code

Dates: **6/19/19, 6/27/19**

Total amount or value: **$10,000.00**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

3.10. **Sync Financial, LLC**
      Creditor's name
      **6519 Tremolite Drive**
      Street

      **Castlerock**       **CO**    **80108**
      City                 State    ZIP Code

Dates: **6/4/19**

Total amount or value: **$15,000.00**

Reasons for payment or transfer *Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

3.11. **Texas Comptroller of Public Accounts**
      Creditor's name
      **Revenue Accounting Division - Bankruptcy**
      Street
      **P.O. Box 13528 Capitol Station**

      **Austin**           **TX**    **78711**
      City                 State    ZIP Code

Dates: **6/3/19, 7/19/19, 7/23/19, 8/11/19**

Total amount or value: **$17,911.53**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Franchise taxes**

---

3.12. **Traversa**
      Creditor's name
      **7324 Gaston Ave.**
      Street

      **Dallas**           **TX**    **75373-1209**
      City                 State    ZIP Code

Dates: **6/1/19, 6/27/19**

Total amount or value: **$10,000.00**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

3.13. **Wireless Training & Solutions, LLC.**
      Creditor's name
      **7800 Miller Dr., Unit B**
      Street

      **Frederick**        **CO**    **80504**
      City                 State    ZIP Code

Dates: **8/1/19**

Total amount or value: **$7,400.00**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

Debtor    **Exebridge, Inc.** _____    Case number (if known) _____
          Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Sync Financial, LLC** | 8/23/18- | **$9,388,604.20** | **Guaranteed Debt** |
| | Insider's name | 5/17/19 | | |
| | **6519 Tremolite Drive** | | | |
| | Street | | | |
| | **Castlerock        CO    80108** | | | |
| | City              State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Creditor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Sync Financial, LLC** | **A/R - Notice sent to account debtors** | **7/30/2019** | |
| | Creditor's name | **under Tex. Bus. & Comm. Code §** | | |
| | **6519 Tremolite Drive** | **9.607** | | |
| | Street | | | |
| | **Castlerock        CO    80108** | | | |
| | City              State   ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jones, Cory v. Flint, Derek, et al.** | **Employment** | **Harris County District Court** | ☐ Pending |
| | | | Name | |
| | | | **201 Caroline** | ☐ On appeal |
| | | | Street | |
| | | | | ☑ Concluded |
| | Case number | | | |
| | **201634130** | | **Houston        TX    77002** | |
| | | | City         State   ZIP Code | |

Debtor    **Exebridge, Inc.**                                      Case number (if known) _____
            Name

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Dominic Romaguera** | **Promissory Note** | **Harris County District Court** <br> Name | ☑ Pending |
| | | **201 Caroline** <br> Street | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** | | | |
| **2018-70915** | | **Houston**        **TX**   **77002** <br> City                         State    ZIP Code | |
| 7.3. **Sync Financial, LLC v. Exebridge, Inc.** | **Contract** | **Western District of Texas- Austin** <br> Name | ☐ Pending |
| | | **501 West Fifth Street, Suite 1100** <br> Street | ☐ On appeal |
| | | | ☑ Concluded |
| **Case number** | | | |
| **1:19-CV-711-LY** | | **Austin**          **TX**   **78701** <br> City                         State    ZIP Code | |
| 7.4. **Sync Financial, LLC v. Exebridge, Inc., et al.** | **Arbitration - Loan/Credit Agreement** | **American Arbitration Association** <br> Name | ☑ Pending |
| | | **1101 Laurel Oak Road, Suite 100** <br> Street | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** | | | |
| **Unknown** | | **Voorhees**       **NJ**   **08043** <br> City                         State    ZIP Code | |

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Exebridge, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Waller Lansden Dortch & Davis LLP** | | **08/08/19; 08/12/19** | **$16,000.00** |
| | **Address** | | | |
| | **100 Congress Ave.** | | | |
| | Street | | | |
| | **Suite 1800** | | | |
| | **Austin**   **TX**   **78701** | | | |
| | City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.wallerlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **EK Lindberg, LLC, et al.-see description** | **State DIR Receivable, invoice 80203 dated 02/26/2018, transferred to: EK Lindberg, LLC; MER Paul Family Partnership; KCR Paul Family Partnership; Kyle Gauthreaux; and RPR Paul Family Partnership for $720,481.00** | **1/15/2019** | **$847,625.89** |
| | **Address** | | | |
| | **777 E. Sonterra Blvd., Suite 100** | | | |
| | Street | | | |
| | **San Antonio**   **TX**   **78258** | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Creditors** | | | |

Debtor **Exebridge, Inc.**
Name
Case number (if known) _____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. **Waller Lansden Dortch & Davis LLP** | **Retainer for non-bankruptcy legal services** | **7/22/19; 8/8/19** | **$13,000.00** |

**Address**

**100 Congress Ave., Suite 1800**
Street

_____

**Austin**                    **TX**       **78701**
City                          State     ZIP Code

**Relationship to debtor**

**Litigation Counsel**

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. **14825 St. Mary's Ln, Suite 204** | | | From **8/1/16** | To | **11/30/17** |
| Street | | | | | |
| **Houston**     **TX**     **77079** | | | | | |
| City           State     ZIP Code | | | | | |

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.2. **201 W 5th St., Suite 1100** | | | From **09/01/2017** | To | **Present** |
| Street | | | | | |
| **Austin**     **TX**     **78701** | | | | | |
| City           State     ZIP Code | | | | | |

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.3. **P.O. Box 79353** | | | From **08/2016** | To | **01/2018** |
| Street | | | | | |
| **Houston**     **TX**     **77279** | | | | | |
| City           State     ZIP Code | | | | | |

Debtor  **Exebridge, Inc.** _____     Case number (if known) _____
         Name

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

  Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in below:

| **Name of plan** | **Employer Identification number of the plan** |
|---|---|
| **John Hancock** | EIN: _7_ _6_ – _0_ _5_ _5_ _0_ _7_ _9_ _5_ |

  Has the plan been terminated?
    ☑ No
    ☐ Yes

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

---

Debtor      **Exebridge, Inc.**_____     Case number (if known) _____
            Name

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>Name<br><br>**2631 S. Capital of Texas Hwy.**<br>Street<br><br><br>**Austin          TX    78746**<br>City          State   ZIP Code | **Michael Hieber**<br>**Kimberly Hieber**<br><br>Address | **Historical Paper Files** | ☐ No<br>☑ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor **Exebridge, Inc.**_____ Case number (if known) _____
     Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1. | **Hans Lindberg**<br>Name<br>**777 E. Sonterra Blvd., Suite 100**<br>Street | | From **October 2017** | | To **March 2019** | |
| | **San Antonio**<br>City | **TX**<br>State | **78258**<br>ZIP Code | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.2. | **Michael Hieber**<br>Name<br>**2004 East Side Drive**<br>Street | | From **3/21/2019** | | To **Present** | |
| | **Austin**<br>City | **TX**<br>State | **78704**<br>ZIP Code | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.3. | **Jeanette Rosas**<br>Name<br>**16303 Sky Blue Lane**<br>Street | | From **2007** | | To **11/20/2017** | |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | | |

| Debtor | **Exebridge, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|

26c.1. **Michael Hieber**
Name
**2004 East Side Drive**
Street

| **Austin** | **TX** | **78704** |
|---|---|---|
| City | State | ZIP Code |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Sync Financial, LLC**
Name
**6519 Tremolite Drive**
Street

| **Castlerock** | **CO** | **80108** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.2. **Ingram Micro**
Name
**1759 Wehrle Dr.**
Street

| **Williamsville** | **NY** | **14221** |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kimberly Hieber | 2004 East Side Drive<br>Austin, TX 78704 | CEO, Director and Stockholder | 100% |
| Michael Hieber | 2004 East Side Drive<br>Austin, TX 78704 | President and Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    **Exebridge, Inc.**                                    Case number (if known) _____
          Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Kimberly Hieber**<br>Name<br>**2004 East Side Dr.**<br>Street<br><br>**Austin**   **TX**   **78704**<br>City        State   ZIP Code<br><br>**Relationship to debtor**<br>**CEO, Director, Stockholder** | **Salary - $5,000 / Mo**<br>**$64,442.43** | **8/24/18 -**<br>**8/09/19** | **Salary and expense**<br>**reimbursements** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Michael Hieber**<br>Name<br>**2004 East Side Dr.**<br>Street<br><br>**Austin**   **TX**   **78704**<br>City        State   ZIP Code<br><br>**Relationship to debtor**<br>**President, Director** | **Salary - $7,000 / Mo**<br>**$120,003.99** | **8/24/18 -**<br>**8/09/19** | **Salary and expense**<br>**reimbursements** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor  **Exebridge, Inc.**                                     Case number (if known) _____
          Name

| Part 14: | Signature and Declaration |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/21/2019**
              MM / DD / YYYY

X **/s/ Michael Hieber**                                     Printed name  **Michael Hieber**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re **Exebridge, Inc.**                                         Case No.  _____

                                                                 Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................  ___**$16,000.00**

   Prior to the filing of this statement I have received.......................................................  ___**$16,000.00**

   Balance Due.................................................................................................................  ___**$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor                      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Negotiations with creditors, adversary proceedings, and winding down and termination of corporate existence**

<div style="border:1px solid black; padding:10px;">

<div style="text-align:center;">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **08/21/2019** | **/s/ Cleveland R. Burke** | |
|---|---|---|
| *Date* | *Cleveland R. Burke* | Bar No.  24064975 |
| | Waller Lansden Dortch & Davis, LLP | |
| | 100 Congress Avenue, 18th Floor | |
| | Austin, TX 78701 | |
| | Phone: (512) 685-6400 / Fax: (512) 685-6417 | |

</div>

**/s/ Michael Hieber**

*Michael Hieber*
*President*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Exebridge, Inc.**                                   CASE NO

                                                             CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/21/2019 _____        Signature  **/s/ Michael Hieber** _____

                                                          ***Michael Hieber***
                                                          ***President***

Date _____              Signature _____

Amazon Web Services, Inc.
P.O. Box 81226
Seattle, WA 98108-1226


Arrow Enterprise Computing Solutions Inc
9201 E Dry Creek Rd
Centennial, CO 80112


AVT Technology Solutions LLC
8700 S. Price Road
Tempe, AZ 85284


Barracuda Networks, Inc.
Dept. LA 22762
Pasadena, CA 91185-2762


Capital Recovery Advisors
Attn: Walter Hanson
2400 Augusta Dr., Ste. 212
Houston, TX 77057


CENTURYLINK
P.O. BOX 29040
PHOENIX, AZ 85038


CenturyLink Communications
100 CenturyLink Drive
Monroe, LA 71203


Clark Hill Strasburger
Attn: Robert O'Boyle
720 Brazos Street, Suite 700
Austin, TX 78701


ConnectWise
4110 George Rd., Suite 200
Tampa, FL 33634

Cory Jones
3700 Buffalo Speedway, #420
Houston, TX 77098


Craddock Massey, LLP
1250 Capital of Texas Hwy. S.
Bldg. 1, Suite 420
Austin, TX 78746


CyberDX
991 Discovery Drive
Huntsville, AL 35806-2811


Dominic Romaguera
17826 Green Elm Lane
Spring, TX 77379


Dropbox
333 Brannan St.
San Francisco, CA 94107


EK Lindberg, LLC
777 E. Sonterra Blvd. #100
San Antonio, TX 78258


Emilio Caamano
3104 Wedgescale Pass
Leander, TX 78641


Eric Long
360 Nueces St. #4211
Austin, TX 78701


Focus On IT Solutions, Inc.
1425 Scarlet Oak Loop
Winter Garden, FL 34787

Ginger Holdings, LLC
360 Nueces St. #4211
Austin, TX 78701


Hans Lindberg
777 E. Sonterra Blvd., Suite 100
San Antonio, TX 78258


Industrious AUS 201 W 5th, LLC
201 W. 5th Street
11th Floor
Austin, Texas 78701


IntelePeer Communications
155 Bovet Rd
San Mateo, CA 94402


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Inventive Works, LLC
7701 N. Lamar Blvd., Suite 500
Austin, TX 78752


Johnston Technical Services
5310 S. Cockrell Hill Road
Dallas, TX 75236


Karla Zuniga
3104 Wedgescale Pass
Leander, TX 78641


KCR Paul Family Partnership
9508 Jollyville Rd.
Austin, TX 78759

Kimberly Hieber
2004 East Side Drive
Austin, TX 78704


Kyle Gauthreaux
703 Split Rail Trail
Austin, TX 78746


McCullough Sudan
1001 McKinney St., Suite 140
Houston, TX 77002


MER Paul Family Partnership
9508 Jollyville Rd.
Austin, TX 78759


Michael Hieber
2004 East Side Drive
Austin, TX 78704


Microsoft Office 365
One Microsoft Way
Redmond, WA 98052


Mission Equities GP, LLC
14825 St. Mary's Lane
Houston, TX 77079


Parsec Group
999 18th St., Suite 1725
Denver, CO 80202


Principal Life Insurance Company
P.O. Box 10372
Des Moines, IA 50306-0372

Quest Software Inc.
4 Polaris Way
Aliso Viejo, CA 92656


Receivables Control Corporation
Attn: Tech Data Corporation
7373 Kirkwood Court, Suite 200
Maple Grove, MN 55369


Sally Ratcliff
1614 Earl of Dunmore
Katy, TX 77449


Scansource
P.O. Box 730987
Dallas, TX 75376-0987


Sync Financial, LLC
6519 Tremolite Drive
Castlerock, CO 80108


Tech Data
P.O. Box 731209
Dallas, TX 75376-1209


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


Traversa
7324 Gaston Ave.
Dallas, TX 75373-1209


Travis County Attorney's Office
 Attention:  County Attorney
 P.O. Box 1748
 Austin, TX 78767

```
Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd.
Austin, TX 78751


United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701



Wireless Training & Solutions, LLC.
7800 Miller Dr., Unit B
Frederick, CO 80504
```